IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAMELA JEAN BROOKS,

      Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY,

      Defendant.

Civil Case No. SAG-17-133

*******

## MEMORANDUM AND ORDER

This appeal of a denial of Social Security disability benefits was assigned to me by consent of the parties. [ECF No. 9]. On October 18, 2017, Plaintiff's Counsel filed a motion to withdraw his appearance, citing an inability to contact his client. [ECF No. 21]. In light of that information, on October 20, 2017, this Court ordered Plaintiff to advise in writing whether she intended to proceed *pro se* or to retain new counsel, and indicated that if Plaintiff failed to file a response, the Commissioner may seek to dismiss her case. [ECF No. 24]. Plaintiff did not respond. On December 4, 2017, the Commissioner filed a Motion to Dismiss the appeal. [ECF No. 25]. The Court sent Plaintiff a Rule 12/56 letter, advising her that a failure to respond to the Commissioner's motion might result in dismissal, but Plaintiff still did not file any response by the deadline. [ECF No. 26].

This Court may dismiss a case if a plaintiff fails to prosecute or to comply with a court order. Fed. R. Civ. Proc. 41(b); *see also Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962). In light of the particular factual circumstances presented here, such dismissal is appropriate.

1

Accordingly, it is hereby ORDERED, this 3rd day of January, 2018, that the Commissioner's Motion to Dismiss [ECF No. 25] is GRANTED, and the Clerk of Court shall CLOSE this case.

Stephanie A. Gallagher
United States Magistrate Judge